**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| GERALD MILLER | : | |
| Debtor | : | Bankruptcy No. 20-10728JKF |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 2/5/2020 and 2/19/2020 and this case be and the same is hereby DISMISSED.

**Date: March 10, 2020**

                                                                       _____
                                                                       Jean K. FitzSimon
                                                                       United States Bankruptcy Judge

Missing Documents:
Attorney Disclosure Statement
Chapter 13 Plan
Schedules A B-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Chapter 13 Statement of Your Current Monthly Income and Calculation of
 Commitment Period Form 122C-1
Means Test Calculation Form 122C-2