```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
```

In re:                                                                  Case No. 20-10728-jkf
Gerald Miller                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Virginia              Page 1 of 1                  Date Rcvd: Mar 10, 2020
                             Form ID: pdf900             Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2020.
```
db            +Gerald Miller,    8105 Large Street,    Philadelphia, PA 19152-2709
14466951      +KML Law Group P.C.,    Suite 5000- BNY Independance Center,    701 Market Street,
                Philadelphia, PA 19106-1538
14462767      +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
                Philadelphia, PA 19106-1538
14462766      +Lakeview Loan Servicing, LLC,    507 Prudential Road,    Horsham, PA 19044-2308
14472172      +Lakeview Loan Servicing, LLC,    c/o Rebecca A. Solarz, Esquire,    KML Law Group,
                701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Mar 11 2020 03:01:47     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 11 2020 03:01:39
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA   17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 11 2020 03:01:45     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14466952*     +Lakeview Loan Servicing, LLC,    507 Prudential Road,    Horsham, PA 19044-2308
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2020 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Gerald  Miller brad@sadeklaw.com,  bradsadek@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re                                         :          Chapter 13
                                              :
GERALD MILLER                                 :
                                              :
            Debtor                            :          Bankruptcy No. 20-10728JKF

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 2/5/2020 and 2/19/2020 and this case be and the same is hereby DISMISSED.

**Date: March 10, 2020**

_____
Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:
Attorney Disclosure Statement
Chapter 13 Plan
Schedules A B-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Chapter 13 Statement of Your Current Monthly Income and Calculation of
 Commitment Period Form 122C-1
Means Test Calculation Form 122C-2